McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH HEDRICK, DIANN ROMERO,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE SECRETARY OF VETERAN AFFAIRS;<br>FIDELITY NATIONAL TITLE COMPANY;<br>DOES 1-20,<br><br>    Defendants. | No. 2:06-CV-00822-WBS-GGH<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE; ORDER<br><br>DATE:      July 31, 2006<br>TIME:      9:00 a.m.<br>COURTROOM: 5<br>           (14th Floor) |

    The parties are attempting to resolve this case without further litigation.  In order to give the parties additional time to work out a resolution of the case, the undersigned parties stipulate that the Status Conference may be continued to 9:00 a.m. on September 25, 2006.

DATED: July 5, 2006          McGREGOR W. SCOTT
                             United States Attorney


                        By:    /s/ John F. Gisla
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States

1

DATED: July 5, 2006                /s/ James J. Falcone
                                   JAMES J. FALCONE
                                   Attorney for Plaintiffs


ORDER

   Pursuant to the foregoing stipulation, and for good cause, the Status Conference is continued to 9:00 a.m. on September 25, 2006.

DATED:  July 7, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2