McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| MITCH HEDRICK, DIANN ROMERO, | No. 2:06-CV-00822-WBS-GGH |
| Plaintiffs, | |
| v. | |
| THE SECRETARY OF VETERAN AFFAIRS; | STIPULATION RELATING TO |
| FIDELITY NATIONAL TITLE COMPANY; | FEDERAL CLAIMS; ORDER |
| DOES 1-20, | |
| Defendants. | |

It is stipulated between the undersigned parties as follows:

1. Plaintiffs' Second Cause of Action pleads a claim against the Secretary of Veteran Affairs for breach of contract.  Pursuant to 28 U.S.C. § 1346(a)(2), the District Court has jurisdiction over a claim against the United States founded upon an express or implied contract not exceeding $10,000.  It is therefore stipulated that Plaintiff is limited in this action to the recovery of damages for breach of contract in the amount of $10,000 or less.

2. Plaintiffs' Third Cause of Action pleads a claim against the Secretary of Veteran Affairs for negligent misrepresentation.  This

1

claim is a tort claim brought under the Federal Tort Claims Act. The Federal Tort Claims Act excludes claims against the United States for negligent misrepresentation.  28 U.S.C. § 2680(h); OPM v. Richmond, 496 U.S. 414,  , 110 S.Ct. 2465, 2474 (1990) (". . . the FTCA by its terms excludes both negligent and intentional misrepresentation claims from its coverage."); Alexander v. United States, 787 F.2d 1349, (9th Cir. 1986) (a claim for misrepresentation is barred by the immunity retained under 28 U.S.C. U.S.C. § 2680(h)) (Congress intended the term misrepresentation to include negligent misrepresentation).  Plaintiffs' claim against the Secretary of Veterans Affairs for negligent misrepresentation should therefore be dismissed as barred by the immunity retained under 28 U.S.C.  U.S.C. § 2680(h).

Moreover, a plaintiff must first exhaust administrative remedies under the Federal Tort Claims Act by first filing an administrative claim pursuant to 28 U.S.C. § 2675(a).  Plaintiffs have not filed an administrative claim against the United States. Plaintiffs' claim against the Secretary of Veterans Affairs for negligent misrepresentation should therefore be dismissed for lack of jurisdiction for failure to exhaust administrative remedies.

DATED: March 1, 2007          McGREGOR W. SCOTT
                              United States Attorney


                         By:    /s/ John F. Gisla
                              JOHN F. GISLA
                              Assistant United States Attorney
                              Attorneys for the United States


DATED: February 26, 2007         /s/ James J. Falcone
                              JAMES J. FALCONE
                              Attorney for Plaintiffs

1   DATED: March 1, 2007                    /s/ Jeff Nelson
                                           _____
2                                          JEFF NELSON
                                           Attorney for Fidelity National Title

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Pursuant to the foregoing stipulation, it is ordered that:

1. Plaintiffs' damages against the Secretary of Veterans Affairs for breach of contract are limited to $10,000 or less;

2. Plaintiffs' claim against the Secretary of Veterans Affairs for negligent misrepresentation is hereby dismissed.

DATED: March 6, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on March 1, 2007, she served a copy of:

STIPULATION RELATING TO FEDERAL CLAIMS; ORDER

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

James J. Falcone, Esq.
520 Capitol Mall, Suite 600
Sacramento, CA 95814

Jeff Nelson, Esq.
100 N. Wiget Lane, Suite 150
Walnut Creek, CA 94598

        /s/ Amber Jose