McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MITCH HEDRICK, DIANN ROMERO,<br><br>Plaintiffs,<br><br>v.<br><br>THE SECRETARY OF VETERAN AFFAIRS; FIDELITY NATIONAL TITLE COMPANY; DOES 1-20,<br><br>Defendants. | No. 2:06-CV-00822-WBS-GGH<br><br>STIPULATION TO CONTINUE HEARING ON GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT; ORDER<br><br>DATE:   August 20, 2006<br>TIME:   2:00 p.m.<br>COURTROOM: 5<br>        (14th Floor) |
|---|---|

In order to give the parties sufficient time in which to attempt settlement, the parties stipulate to continue the hearing on the Government's motion for summary judgment from August 20, 2007, to 2:00 p.m. on October 15, 2007.

DATED:   08/10/2007          McGREGOR W. SCOTT
                             United States Attorney


                       By:   /s/John F. Gisla
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States

1

1   DATED:  08/09/2007                  /s/James J. Falcone
2                                       JAMES J. FALCONE
                                        Attorney for Plaintiffs
3

4
5   DATED:  08/09/2007                  /s/Jeff Nelson
                                        JEFF NELSON
6                                       Attorney for Fidelity National Title

1 ORDER

Pursuant to the foregoing stipulation, the hearing on the Government's motion for summary judgment is continued from August 20, 2007, to 2:00 p.m. on October 15, 2007.

DATED:  August 13, 2007

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE