McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2775

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH HEDRICK, DIANN ROMERO,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE SECRETARY OF VETERAN AFFAIRS; FIDELITY NATIONAL TITLE COMPANY; DOES 1-20,<br><br>    Defendants. | No. 2:06-CV-00822-WBS-GGH<br><br><br><br>STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED:  10/5/2007                McGREGOR W. SCOTT
                                 United States Attorney


                          By:    /s
                                 BOBBIE J. MONTOYA
                                 Assistant United States Attorney
                                 Attorneys for the United States

1

DATED:   10/4/2007

/s/
JAMES J. FALCONE
Attorney for Plaintiffs

DATED:   10/3/2007

/s/
JEFFREY S. NELSON
Attorney for Fidelity National Title

## ORDER OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

DATED:  October 10, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE